# EXHIBIT B

IN THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT, IN AND
FOR PALM BEACH COUNTY, FLORIDA

CASE NO.: 2025-CA-2496

FIRST FEDERAL BANK,
a federal savings bank,

    Plaintiff,

vs.

MERIDIANLINK, INC.,
a Delaware corporation,

    Defendant.
_____/

## NOTICE OF FILING OF NOTICE OF REMOVAL

Defendant, MeridianLink, Inc. ("MeridianLink"), by counsel, notifies the Court that it has removed this action to the United States District Court for the Southern District of Florida, West Palm Beach Division. A copy of MeridianLink's "Notice of Removal" is attached hereto as **Exhibit 1.**

This 7th day of May, 2025.

                                                */s/Crystal T. Broughan*
                                              CRYSTAL T. BROUGHAN
                                              Florida Bar No.: 863343
                                              **MARKS GRAY, P.A.**
                                              Post Office Box 447
                                              Jacksonville, Florida 32201
                                              Telephone: (904) 398-0900
                                              Facsimile: (904) 399-8440
                                              Primary Email: cbroughan@marksgray.com
                                              Secondary Email: jlp@marksgray.com
                                              *Attorneys for Defendant Meridianlink, Inc.*

40153536v1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing document was filed through the Florida E-Filing Portal System and through that system a copy of the pleading was furnished to counsel of record by electronic mail, this 7th day of May, 2025.

*/s/Crystal T. Broughan*
CRYSTAL T. BROUGHAN
Florida Bar No.: 863343
**MARKS GRAY, P.A.**
Post Office Box 447
Jacksonville, Florida 32201
Telephone: (904) 398-0900
Facsimile: (904) 399-8440
Primary Email: cbroughan@marksgray.com
Secondary Email: jlp@marksgray.com
*Attorneys for Defendant Meridianlink, Inc.*

40153536v1

# EXHIBIT 1

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| FIRST FEDERAL BANK,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MERIDIANLINK, INC.<br><br>　　　　　Defendant. | Civil Action No. |

**MERIDIANLINK'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1332, 1441, and 1446, Defendant MeridianLink, Inc. ("MeridianLink"), by counsel, hereby removes this action from the Circuit Court for the Fifteenth Judicial Circuit in Palm Beach County, Florida, to the United States District Court for the Southern District of Florida, West Palm Beach Division. Removal is proper because this Court has subject matter jurisdiction over this action under diversity jurisdiction pursuant to 28 U.S.C. § 1332. In support of its Notice of Removal, MeridianLink states the following:

**I.　　BACKGROUND**

1. First Federal Bank ("Plaintiff") commenced the Circuit Court Action against MeridianLink on March 25, 2025 by filing a Complaint in the Circuit Court for the Fifteenth Judicial Circuit in Palm Beach County, Florida, Case No. 2025-CA-2496 (the "Complaint"). Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served on MeridianLink in the Circuit Court Action are attached hereto as **Exhibit A**.

2. On April 8, 2025, MeridianLink was served with a copy of the Complaint.

3. This Notice of Removal is being filed within thirty days of service of the Complaint on MeridianLink. This Notice of Removal is therefore timely under 28 U.S.C. § 1446(b).

4. This Notice of Removal is being filed within one (1) year of the date of commencement of the action for removal purposes.

5. In the Complaint, Plaintiff seeks declaratory relief regarding its obligations in connection with a MeridianLink invoice totaling $1,279,500.00 and damages in excess of $50,000 for alleged breach of contract in connection with a December 23, 2021 Order Form.

6. MeridianLink denies the allegations in the Complaint and denies that Plaintiff has stated a claim for which relief may be granted. Nevertheless, assuming for jurisdictional purposes only that Plaintiff's claims are valid, Plaintiff could have originally filed the Complaint in this Court under diversity jurisdiction.

## II.     DIVERSITY JURISDICTION

7. This Court has original jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. § 1332, which states that diversity jurisdiction is appropriately exercised over "all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different States[.]"

8. Removal of this action is proper under 28 U.S.C. § 1441(a), which provides, in relevant part, that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

*The Amount in Controversy Exceeds $75,000 Exclusive of Interest and Costs*

9. The amount in controversy requirement under 28 U.S.C. § 1332 is satisfied because Plaintiff seeks declaratory relief regarding two invoices it received from MeridianLink totaling $1,279,500.00. Further, Plaintiff brings a claim for breach of contract regarding an Order Form and requests damages in excess of $50,000.

*Complete Diversity of Citizenship Exists Between the Parties*

10. The complete diversity of citizenship requirement under 28 U.S.C. § 1332 is also satisfied. *See Sweet Pea Marine, Ltd. v. APJ Marine, Inc.*, 411 F.3d 1242, 1248 n.2 (11th Cir. 2005) (a party establishes diversity by showing that the parties are not citizens of the same state).

11. Plaintiff is a citizen of Alabama with its principal place of business in Alabama. *See* 28 U.S.C. § 1332(c)(1) (for purposes of determining whether diversity jurisdiction exists, a corporation is a citizen of the state in which it is incorporated and the state in which it has its principal place of business).

12. MeridianLink is a citizen of Delaware and California because it is a Delaware corporation with its principal place of business in California. *Id.*

### III. VENUE

13. Venue is proper in this Court because this district encompasses the Circuit Court for the Fifteenth Judicial Circuit in Palm Beach County, Florida, the forum from which the case has been removed. *See* 28 U.S.C. § 1441.

### IV. NOTICE

14. Concurrent with the filing of this Notice, MeridianLink will file a Notice of Filing of Notice of Removal with the Circuit Court for the Fifteenth Judicial Circuit in Palm Beach

3

County, Florida and will attach a copy of this Notice of Removal thereto. A copy of the Notice of Filing of Notice of Removal, without Exhibit 1, is attached hereto as **Exhibit B**.

15. MeridianLink reserves the right to amend this Notice of Removal.

16. If any questions arise as to the propriety of the removal of this action, MeridianLink requests the opportunity to brief and argue its position that this case is removable.

WHEREFORE, having met all the requirements for removal under 28 U.S.C. §§ 1441 and 1446, including all the jurisdictional requirements of 28 U.S.C. § 1332, MeridianLink removes this action from the Circuit Court for the Fifteenth Judicial Circuit in Palm Beach County, Florida to the United States District Court for the Southern District of Florida, West Palm Beach Division and seeks whatever further relief this Court deems equitable and just.

Dated: May 7, 2025

Respectfully Submitted,

**MARKS GRAY, P.A.**

*/s/Crystal T. Broughan*
CRYSTAL T. BROUGHAN
Florida Bar No.: 863343
Post Office Box 447
Jacksonville, Florida 32201
Telephone: (904) 398-0900
Facsimile: (904) 399-8440
Primary Email: cbroughan@marksgray.com
Secondary Email: jlp@marksgray.com
*Attorneys for Defendant Meridianlink, Inc.*

**MILLER & MARTIN, PLLC**

*/s/ Eileen H. Rumfelt\**
Eileen H. Rumfelt
Georgia Bar No. 040608
Elizabeth Marquardt
Georgia Bar No. 944547

4

Racquel V. McGee*
Georgia Bar No. 206826
1180 W Peachtree, NW, Suite 2100
Atlanta, GA 30309
Eileen.Rumfelt@millermartin.com
Elizabeth.Marquardt@millermartin.com
Racquel.McGee@millermartin.com

*Attorneys for Defendant MeridianLink, Inc*

\* *To be submitted for pro hac vice admission*

5

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2025 this *Notice of Removal* was filed electronically via the Court's CM/ECF system, and served upon the following by sending a copy thereof via Federal Express, addressed as follows:

*Counsel for Plaintiff*
Darryl Steve Traylor, Jr.
T.A. Borowski, Jr.
BOROWSKI & TRAYLOR, P.A.
4300 Bayou Blvd., Suite 14
Pensacola, Florida 32503
steve@borowski-traylor.com
ted@borowski-traylor.com

/s/*Eileen H. Rumfelt*
Eileen H. Rumfelt

6

40152735v1