THE UssssNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.:  25-cv-80557-ROSENBERG/REINHART

FIRST FEDERAL BANK,

      Plaintiff,

v.

MERIDIANLINK, INC.

      Defendant.

_____/

## **DEFENDANT'S REMOVAL STATUS REPORT**

Defendant, MeridianLink, Inc. ("MeridianLink"), pursuant to this Court's Notice of Court Practice in Removal Cases [ECF No. 5], hereby provides its Removal Status Report:

1. *Plain statement of the nature of the claim, and any counterclaim, cross-claim, or third-party claim, made in state or federal court including the amount of damages claimed and any other relief sought.*

Plaintiff First Federal Bank brought this action against MeridianLink as the assignee of Beanstalk Networks LLC d/b/a OpenClose ("OpenClose"), which provided certain software and subscription services to First Federal Bank. The parties dispute First Federal Bank's payment obligations to MeridianLink under OpenClose's Order Form dated December 23, 2021, (including a refund of an Implementation Fee in the amount of $51,500.00) and invoices issued by MeridianLink to First Federal Bank for products and services totaling approximately $1,279,500.00. [ECF No. 1-2, Complaint].

First Federal Bank has asserted claims for (1) Declaratory Judgment, (2) Breach of Contract, and (3) Violation of the Florida Deceptive and Unfair Trade Practices Act. *Id.* While no counterclaims, cross-claims, or third-party claims have been asserted to date, MeridianLink's Answer deadline has not yet occurred, and MeridianLink anticipates filing a counterclaim against First Federal Bank for breach of contract for failure to pay the contractual amounts due.

2. *"Plain statement of the grounds for removal and a listing of all parties to the action, including parties to any third party claim."*

As set forth in the Notice of Removal [ECF No. 1], the only parties are First Federal Bank, an Alabama citizen, and MeridianLink, a citizen of Delaware and California. [ECF No. 1, Notice of Removal, at ¶¶ 10-12]. This is an action between citizens of different states.

The amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. The amount in controversy is $1,279,500.00 (as to Declaratory Relief relating to the two invoices) and in excess of $50,000 (as to First Federal Bank's breach of contract claim), plus attorney's fees. [ECF No. 1, Notice of Removal at ¶ 9].

Accordingly, this action is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. §1332. [ECF No. 1 Notice of Removal at ¶ 7].

3. *A list of all pending motions*

There are no pending motions at this time.

4. *Statement by Each Defendant as to Joinder in Removal*

There is only one Defendant, MeridianLink, and MeridianLink filed the notice of removal. [ECF No. 1, Notice of Removal with exhibits].

5. *Whether Defendant "removed the action within 30 days after receipt by the Defendant of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based."*

Yes.  MeridianLink was served with the Complaint on April 8, 2025. [ECF No. 1, Notice of Removal at ¶2].  The Notice of Removal was filed on May 7, 2025, within thirty days of April 8, 2025.  [ECF No. 1, Notice of Removal].

Dated this 16th day of May, 2025.

Respectfully Submitted,

**MARKS GRAY, P.A.**

/s/Crystal T. Broughan
CRYSTAL T. BROUGHAN
Florida Bar No.:  863343
Post Office Box 447
Jacksonville, Florida 32201
Telephone:  (904) 398-0900
Facsimile:  (904) 399-8440
Primary Email: cbroughan@marksgray.com
          Secondary Email: jlp@marksgray.com
*Attorneys for Defendant Meridianlink, Inc.*

**MILLER & MARTIN, PLLC**

/s/Eileen H. Rumfelt*
Eileen H. Rumfelt
Georgia Bar No. 040608
Elizabeth Marquardt*
Georgia Bar No. 944547
Racquel V. McGee*
Georgia Bar No. 206826
1180 W Peachtree, NW, Suite 2100
Atlanta, GA 30309
Eileen.Rumfelt@millermartin.com
Elizabeth.Marquardt@millermartin.com
Racquel.McGee@millermartin.com
*Attorneys for Defendant MeridianLink, Inc.*

\* Motions to Appear Pro Hac Vice have been filed

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2025 this motion was filed electronically via the Court's CM/ECF system, and served upon the following:

> Darryl Steve Traylor, Jr.
> T.A. Borowski, Jr.
> BOROWSKI & TRAYLOR, P.A.
> 4300 Bayou Blvd., Suite 14
> Pensacola, Florida 32503
> steve@borowski-traylor.com
> ted@borowski-traylor.com

/s/ Crystal T. Broughan